IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| P.F. TECHNOLOGIES, INC., ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | Civil Action No. 06-1337 |
| ) | |
| CONTINENTAL CEMENT CO., ) | |
|     Defendant. ) | |

O R D E R

AND NOW, this 29th day of December, 2006, after the plaintiff, P.F. Technologies, Inc., filed an action in the above-captioned case, and after a motion to dismiss or alternatively to transfer venue was submitted by the defendant, Continental Cement Co., and after a Report and Recommendation was filed by the United States Magistrate Judge granting the parties thirteen days after being served with a copy to file written objections thereto, and no objections having been filed, and upon independent review of the motion and the record, and upon consideration of the Magistrate Judge's Report and Recommendation (Docket No. 21), which is adopted as the opinion of this Court,

IT IS ORDERED that defendant's motion to dismiss or alternatively to transfer venue (Docket No. 6) is granted and this action is transferred to the United States District Court for the Eastern District of Missouri, Northern Division, pursuant to 28 U.S.C. § 1406(a) forthwith.

*Donetta W. Ambrose* (signature)
Donetta W. Ambrose
United States Chief District Judge